IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY TOME,<br><br>Defendant. | 24-CR-6112 FPG<br><br>**INFORMATION**<br>(Felony)<br><br>**Violation:**<br>26 U.S.C. § 7206(1) |

## COUNT 1

**The United States Attorney Charges That**:

On or about April 15, 2021, in the Western District of New York, the defendant, JEFFREY TOME, a resident of the Western District of New York, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2020, which return was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter, in that the said return reported total income on Line 9 of $134,988.00, whereas, as the defendant then and there well knew and believed, he received total income during the specified calendar year in the approximate amount of $466,910.00, which amount was substantially greater than the total income he reported on Line 9 on his tax return.

**All in violation of Title 26, United States Code, Section 7206(1).**

DATED:  Rochester, New York, August __1__, 2024

TRINI E. ROSS
United States Attorney

BY:  *(signature)*
RICHARD A. RESNICK
Assistant U.S. Attorney
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/263-6760
Richard.Resnick@usdoj.gov